IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC, | § § § | |
| Plaintiff, | § § | Case No: 2:16-cv-1444-JRG-RSP |
| vs. | § § | LEAD CASE |
| GOPRO, INC, | § § | |
| Defendant. | § § | |
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC, | § § § | |
| Plaintiff, | § § | Case No: 2:16-cv-1446-JRG-RSP |
| vs. | § § | CONSOLIDATED CASE |
| WHIRPOOL CORPORATION, | § § | |
| Defendant. | § § § | |

## UNOPPOSED MOTION TO DISMISS DEFENDANT WHIRPOOL CORPORATION WITH PREJUDICE

Under Federal Rule of Civil Procedure 41(a), Plaintiff Rothschild Connected Devices Innovations, LLC moves the Court to dismiss all of its claims against Defendant Whirpool Corporation with prejudice, and with each party to bear its own attorneys' fees and costs and request that the Court enter the proposed order of dismissal submitted herewith.

| | |
|---|---|
| Dated: March 23, 2017 | Respectfully Submitted, |

                                                                     */s/ Jay Johnson*  
                                                                     **JAY JOHNSON**  
                                                                     State Bar No. 24067322  
                                                                     **BRAD KIZZIA**  
State Bar No. 11547550  
**KIZZIA JOHNSON PLLC**  
1910 Pacific Ave.  
Suite 13000  
Dallas, TX 75201  
(214) 451-0164  
Fax: (214) 451-0165  
jay@kjpllc.com  
bkizzia@kjpllc.com  

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on March 23, 2017.

                                                */s/ Jay Johnson*  
                                                Jay Johnson

## CERTIFICATE OF CONFERENCE

The undersigned counsel for Plaintiff certifies that he met and conferred with counsel for Defendant on March 23, 2017 and that Defendant does not oppose this motion.

                                                */s/ Jay Johnson*  
                                                Jay Johnson