## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC | § § § | |
| Plaintiff, | § § | Case No: 2:16-cv-1444-JRG-RSP |
| vs. | § § | LEAD & CONSOLIDATED CASE |
| GOPRO, INC. | § § | |
| Defendant. | § § § | |

### JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff Rothschild Connected Devices Innovations LLC and Defendant GoPro, Inc. hereby notify the Court that the parties have reached an agreement in principle that will resolve all pending claims between them. Accordingly, the parties file this joint motion for a stay of all pending deadlines, until and including May 10, 2017, so that the parties may finalize their agreement and submit dismissal papers accordingly. This stay is not sought for the purpose of delay but so that justice may be served.

| | |
|---|---|
| Dated April 10, 2017 | Respectfully Submitted, |
| /s/ Jay Johnson | /s/ Karineh Khachatourian |
| Jay Johnson<br>State Bar No. 24067322<br>Brad Kizzia<br>State Bar No. 11547550<br>**KIZZIA JOHNSON PLLC**<br>1910 Pacific Ave., Suite 13000<br>Dallas, TX 75201<br>(214) 451-0164<br>Fax: (214) 451-0165<br>jay@kjpllc.com<br>bkizzia@kjpllc.com<br><br>**ATTORNEYS FOR PLAINTIFF**<br>**ROTHSCHILD CONNECTED**<br>**DEVICES INNOVATIONS, LLC** | **Karineh Khachatourian**<br>Duane Morris LLP - CA<br>2475 Hanover Street<br>Palo Alto, CA 94304-1194<br>650/847-4150<br>Fax: 650-847-4151<br>Email: Karinehk@duanemorris.com<br><br>**Daniel Todd McCloskey**<br>Duane Morris LLP - Palo Alto<br>2475 Hanover Street<br>Palo Alto, CA 94304-1194<br>650/847-4176<br>Fax: 650/847-4151<br>Email: dtmccloskey@duanemorris.com<br><br>**Melissa Richards Smith**<br>Gillam & Smith, LLP<br>303 South Washington Avenue<br>Marshall, TX 75670<br>903/934-8450<br>Fax: 903/934-9257<br>Email: melissa@gillamsmithlaw.com<br><br>**ATTORNEYS FOR GOPRO, INC.** |

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on April 10, 2017

                                                       /s/ Jay Johnson
                                                       Jay Johnson