# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC | § § § | |
| Plaintiff, | § § | Case No: 2:16-cv-1444-JRG-RSP |
| vs. | § § | LEAD & CONSOLIDATED CASE |
| GOPRO, INC. | § § | |
| Defendant. | § § § | |

## UNOPPOSED MOTION TO DISMISS GOPRO, INC. WITHOUT PREJUDICE

Plaintiff Rothschild Connected Devices Innovations LLC hereby moves to dismiss this civil action without prejudice pursuant to Fed. R. Civ. P. 41 (a)(1)(a)(ii). Plaintiff intends to file a motion to amend the dismissal order to be "with prejudice" upon compliance with the terms of the settlement agreement.

Wherefore, Plaintiff requests that the Court dismiss Plaintiff's claims against Defendant GoPro, Inc. without prejudice with each party to bear its own fees and costs.

Dated: May 9, 2017                               Respectfully submitted,

                                                 */s/ Jay Johnson*
                                                 **JAY JOHNSON**
                                                 State Bar No. 24067322
                                                 **BRAD KIZZIA**
                                                 State Bar No. 11547550
                                                 **KIZZIA JOHNSON PLLC**
                                                 1910 Pacific Ave., Suite 13000
                                                 Dallas, Texas 75201
                                                 (214) 451-0164
                                                 Fax: (214) 451-0165
                                                 jay@kjpllc.com
                                                 bkizzia@kjpllc.com

                                                 **ATTORNEYS FOR PLAINTIFF**

### CERTIFICATE OF CONFERENCE

The undersigned certifies that on May 9, 2017 he met and conferred with counsel for Defendant concerning this motion and that Defendant's counsel agreed to the motion.

                                                 */s/ Jay Johnson*
                                                 Jay Johnson

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this document has been served on all counsel of record via electronic mail through Local Rule CV-5(a) on May 9, 2017.

                                                 */s/* Jay Johnson
                                                 Jay Johnson