# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC | § § § | |
| Plaintiff, | § | Case No: 2:16-cv-1444-JRG-RSP |
| | § | |
| vs. | § | LEAD & CONSOLIDATED CASE |
| | § | |
| GOPRO, INC. | § § | |
| Defendant. | § § | |

## UNOPPOSED MOTION TO AMEND ORDER DISMISSING CASE
## TO A DISMISSAL WITH PREJUDICE

The Court issued its Order of Dismissal Without Prejudice ("Order") on July 17, 2017, dismissing defendant GoPro, Inc. Plaintiff Rothschild Connected Devices Innovations, LLC and GoPro, Inc. have now fully resolved the matter at issue in the litigation.  Accordingly, Rothschild Connected Devices Innovations, LLC hereby moves unopposed to amend the Order to a dismissal of GoPro, Inc. with prejudice, each party to bear its own fees and costs.

Dated: August 22, 2017                                     Respectfully submitted,

                                                           */s/ Jay Johnson*
                                                           **JAY JOHNSON**
                                                           State Bar No. 24067322
                                                           **BRAD KIZZIA**
                                                           State Bar No. 11547550
                                                           **KIZZIA JOHNSON PLLC**
                                                           1910 Pacific Ave., Suite 13000
                                                           Dallas, Texas 75201
                                                           (214) 451-0164
                                                           Fax: (214) 451-0165
                                                           jay@kjpllc.com
                                                           bkizzia@kjpllc.com

                                                           **ATTORNEYS FOR PLAINTIFF**


**CERTIFICATE OF CONFERENCE**

The undersigned certifies that on August 22, 2017 he met and conferred with counsel for Defendant concerning this motion and that Defendant's counsel agreed to the motion.

                                                           */s/ Jay Johnson*
                                                           Jay Johnson


**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of this document has been served on all counsel of record via electronic mail through Local Rule CV-5(a) on August 22, 2017.

                                                           */s/* Jay Johnson,
                                                            Jay Johnson