# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC | § § § | |
| Plaintiff, | § § | Case No: 2:16-cv-1444-JRG-RSP |
| vs. | § § | LEAD & CONSOLIDATED CASE |
| GOPRO, INC. | § § § | |
| Defendant. | § § | |

## ORDER OF DISMISSAL WITH PREJUDICE

On this date, the Court considered Plaintiff Rothschild Connected Devices Innovations, LLC's Unopposed Motion to Amend Order Dismissing Case to a Dismissal with Prejudice. Having considered the circumstances surrounding this matter, as well as the fact that the matter stands fully resolved, the Court finds that the motion should be granted.

Therefore, IT IS ORDERED that all claims asserted by Rothschild Connected Devices Innovations, LLC against GoPro, Inc. are dismissed with prejudice, each party to bear its own fees and costs.

**SIGNED this 18th day of September, 2017.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE